**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose CARRENO, Defendant–Appellant.**

**No. 10–12116**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 5, 2011.

Wifredo A. Ferrer, U.S. Attorney, Anne R. Schultz, Sivashree Sundaram, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Hector L. Flores, Attorney at Law, Miami, FL, for Defendant–Appellant.

Before EDMONDSON, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Hector Flores, appointed counsel for Jose Carreno in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant, because counsel believes that the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues of merit, counsel's motion to withdraw is **GRANTED,** and Carreno's conviction and sentence are **AFFIRMED.**